

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-13-00830-CR

Herbert Vince **ARCENEAUX**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4163
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant has filed a pro se brief. Appellant is represented by Mr. Michael Raign. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). It is therefore ORDRED that appellant's pro se brief is STRICKEN.

By order dated March 19, 2014, this court granted the second motion for extension of time filed by Mr. Raign. Our order stated that appellant's brief must be filed by April 14, 2014. Our order further stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**." This order does not extend the deadline set forth in our prior order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court